Prob 12
(Rev. 3/88)

FILED
2008 JUL 23 PM 3: 02
CLERK
U S DISTRICT COURT

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Leonard Smith            Docket Nos. 04-00017-001 & 04-00067-001

### Supplemental Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Leonard Smith, who was placed on supervision by the Honorable Thomas M. Hardiman sitting in the Court at Pittsburgh, Pennsylvania, on the 2nd day of February 2005, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay a $600 special assessment.
- Shall participate in urine testing and drug treatment as directed.
- Shall abstain from the use of alcohol.
- Shall pay restitution of $8,650 (combined - Docket Nos. 04-00017-001 and 04-00067-001)
- Shall pay any remaining restitution through monthly installments of not less than 10 percent of his gross monthly income.

| Date | Description |
|---|---|
| 02-02-05: | Bank Robbery; 87 months' imprisonment followed by a supervised release term of 3 years. |
| 07-21-06: | Sentence of imprisonment reduced to 42 month; 90 days at Renewal for drug treatment added to supervised release conditions. |
| 11-16-06: | Released to supervision; Currently supervised by U.S. Probation Officer Donald A. Covington. |
| 01/18/08: | Petition filed charging technical violations. |
| 02/28/08: | Order, Judge Lancaster, hearing scheduled for 03/06/08. |
| 03/06/08: | Hearing, Judge Lancaster; Case continued until 07/01/08. Defendant to be placed at Renewal while awaiting placement in inpatient drug program. |
| 05-19-08 | Modification of supervised release to include placement at the Renewal Center for a period not to exceed 180 days. |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the supervised releasee has violated the following conditions:

**The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.**

Your Petitioner reports that while at the Renewal Center, a urine sample taken on June 5, 2008, tested positive for marijuana and opiates. Also, while at the Renewal Center, urine samples taken on June 17, 2008 and June 19, 2008, tested positive for opiates.

**The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.**

Your Petitioner reports that the supervised releasee entered the Gaudenzia Crossroads inpatient program on May 14, 2008, where he was to remain until released by the probation officer. However, the supervised releasee was discharged from the program on May 1, 2008, after allegedly threatening another resident and absconding from the program. As a sanction for his failure to complete the inpatient program, the supervised releasee was placed

U.S.A. vs. Leonard Smith
Docket Nos. 04-00017-001 & 04-00067-001
Page 2

at the Renewal Community Corrections Center until released by the probation officer. The supervised releasee was admitted to the Renewal Center on June 2, 2008. He was discharged from the program on June 24, 2008, for violating program rules.

**PRAYING THAT THE COURT WILL ORDER** that the petition be incorporated as part of the original petition dated January 18, 2008, and that the supervised releasee appear in Federal Court, Courtroom No. __3A__, __Third__ Floor, U.S. Post Office and Courthouse, Pittsburgh, Pennsylvania, with legal counsel on __Sept. 11, 2008__ at __10 AM__ to show cause why supervision should not be revoked.

ORDER OF COURT

Considered and ordered this __14th__ day of __July__, 20 __08__ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

cc: All Counsel
    US Marshal
    US Probation

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __July 10, 2008__

_____
Donald A. Covington
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place: Pittsburgh, PA